(June 26, 2008)

■ ALLISON L. WEY, Respondent-Appellant, v THE NEW YORK STOCK EXCHANGE, INC., et al., Appellants-Respondents. ALLISON

L. Wey, Appellant, v The New York Stock Exchange, Inc., et al., Respondents. [859 NYS2d 370]—Cross appeals from an order, Supreme Court, New York County (Charles Edward Ramos, J.), entered April 16, 2007, and order, same court and Justice, entered November 13, 2007, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Lippman, P.J., Friedman, Gonzalez and Catterson, JJ. [*See* 15 Misc 3d 1127(A), 2007 NY Slip Op 50880(U).]